Date: 02/01/11        #129283        Page:

## DIVIDENDS REMITTED TO THE COURT
Check Number 3007 Dated 02/01/11
Case Number 05-71820 - OTTO, MARTIN S

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| ALLTEL COMMUNICATIONS<br>1 ALLIED DR B4F03<br>LITTLE ROCK AR 72202<br>  (7-1) PHONE BILL | 000007 | 76.08 | 3.85 |
| ---------- Remittance Total --------------- | | 76.08 | 3.85 |

*[signature]*

DOUGLAS A. DYMARKOWSKI, Trustee

*FILED 2011 FEB 14 PM 4:00 CLERK, U.S. BANKRUPTCY COURT TOLEDO, OHIO*